UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM DAVIDSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No.   1:12-cv-190-GZS |
| ) | |
| NEW JERSEY, *IN PAROLE, IN* ) | |
| *EXTRADITION AT SANITY*, ) | |
| ) | |
| Defendant ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 5) filed July 2, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Application to Proceed In Forma Pauperis (ECF No. 3) is **DENIED**.

                                                           /s/ George Z. Singal
                                                   United States District Judge

Dated this 24th day of July, 2012.