# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **WILLIAM DAVIDSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v.   ) | No.   1:12-cv-190-GZS |
| ) | |
| **NEW JERSEY,** *IN PAROLE, IN* ) | |
| *EXTRADITION AT SANITY,* ) | |
| ) | |
| **Defendant** ) | |

## *AMENDED* ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 5) filed July 2, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Application to Proceed In Forma Pauperis (ECF No. 3) is **DENIED**. It is **ORDERED** that this case is summarily dismissed with prejudice for lack of subject matter jurisdiction and failure to state a claim.

                                              /s/ George Z. Singal
                                              United States District Judge

Dated this 24th day of July, 2012.